UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRADFORD BOHANON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-02117-JRS-MJD |
| | ) | |
| CITY OF INDIANAPOLIS, | ) | |
| | ) | |
| Defendant. | ) | |

**Minute Entry - Trial Day 2**

John "Nick" Serban was sworn and testified. Michael Reiger was sworn and testified. Exhibit 36 admitted into evidence without objection. Bradford Bohanon was sworn and testified.

Plaintiff rests. At the close of Plaintiff's evidence, City moved under Rule 50 for judgment as a matter of law. Motion denied.

John Wallace and John Green were sworn and testified.

The Court recessed to reconvene on September 18, 2019 at 12:00 p.m.

Date: 9/19/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all parties of record via CM/ECF.