UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRADFORD BOHANON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:16-cv-02117-JRS-MJD |
| | ) | |
| CITY OF INDIANAPOLIS, | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT FORM

We, the jury in the above-entitled action, unanimously answer the following questions:

1. Did the Plaintiff, Bradford Bohanon, prove by a preponderance of the evidence that the Defendant, City of Indianapolis, was deliberately indifferent to a likelihood that its policies would cause off-duty police officers to use unreasonable force while they had alcohol in their blood?

    Place a checkmark next to the statement that accurately describes your finding:

    Yes ___✓___     No _____

[If you answered yes, proceed to Question 2. If you answered no, you should not answer any more questions on this form, and the foreperson should sign and date this form at the end.]

2. Did the Plaintiff, Bradford Bohanon, prove by a preponderance of the evidence that Michael Reiger and John "Nick" Serban's use of unreasonable force in violation of Plaintiff's rights was in fact caused by the City's policies?

    Place a checkmark next to the statement that accurately describes your finding:

    Yes ___✓___     No _____

[If you answered yes, proceed to Question 3. If you answered no, you should not answer any more questions on this form, and the foreperson should sign and date this form at the end.]

3. Did the Plaintiff, Bradford Bohanon, prove his damages by a preponderance of the evidence?

   Place a checkmark next to the statement that accurately describes your finding:

   Yes ___✓___          No _____

[If you answered no to Question 3, then Plaintiff is entitled to and only should be awarded $1.00 in nominal damages. Proceed to Question 4.]

4. What amount of damages is Plaintiff, Bradford Bohanon, entitled to receive from

   Defendant, City of Indianapolis, on his claim?

   a. ~~$1,200~~ ~~$1,200,000~~ $1,241,500   Compensatory Damages

   b. _____   Nominal damages

[The foreperson should sign and date the verdict form.]

Foreperson: [redacted]          Date: 9/18/2019

2